# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:21-mj-71079-MAG-1 |
| Derrick Langford | ) | |
| | ) | Charging District: Southern District of Texas |
| *Defendant* | ) | Charging District's Case No. 4:21-cr-163 SDTX |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Defendant to appear before the duty magistrate judge no later than July 15, 2021 in the Southern District of Texas, 515 Rusk Ave. | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/01/2021

*Judge's signature*

*Printed name and title*